**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK CARSON,                                        No. C 01-03361 CRB

      Plaintiff,                              **ORDER FOR CONSOLIDATION**

  v.

CLARENT CORPORATION, et al,

      Defendant.
_____/

    Pursuant to stipulation filed on November 2, 2001, all actions listed on exhibit A (attached to the stipulation) are hereby consolidated into C-01-3361 CRB for pre-trial proceedings before this Court. The consolidated action shall be captioned: "In re Clarent Securities Litigation."

    **IT IS SO ORDERED.**

Dated: November 6, 2001

_____/s/_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE