IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re CLARENT CORPORATION SECURITIES LITIGATION

No. C 01-03361 CRB

**VERDICT FORM AS TO JERRY CHANG'S LIABILITY**

Section 10(b) Claim Against Jerry Chang

**First Quarter 2000**

1. Did Jerry Chang make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in Clarent's Quarterly Report on Form 10-Q or earnings release for first quarter 2000?

Yes \_\_\_\_    No $\underline{X}$

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 2. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 5.

2. Did Jerry Chang act either knowingly or recklessly in making the false statement or omission you found in answering Question 1?

Yes \_\_\_\_    No \_\_\_\_

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 3. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 5.

3. Did Jerry Chang act knowingly or recklessly (choose one)?

Knowingly \_\_\_\_    Recklessly \_\_\_\_

PLEASE PROCEED TO QUESTION 4.

4. Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of the misstatement or omission you found in answering Question 1?

    Yes \_\_\_\_    No \_\_\_\_

PLEASE PROCEED TO QUESTION 5.

**Second Quarter 2000**

5. Did Jerry Chang make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in Clarent's

Quarterly Report on Form 10-Q or earnings release for second quarter 2000?

Yes _____   No _✗_

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 6. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 9.

6.   Did Jerry Chang act either knowingly or recklessly in making the false statement or omission you found in answering Question 5?

Yes _____   No _____

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 7. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 9.

7.   Did Jerry Chang act knowingly or recklessly (choose one)?

Knowingly _____   Recklessly _____

PLEASE PROCEED TO QUESTION 8.

8.   Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of the misstatement or omission you found in answering Question 5?

   Yes _____   No _____

PLEASE PROCEED TO QUESTION 9.

**Third Quarter 2000**

9.   Did Jerry Chang make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in Clarent's Quarterly Report on Form 10-Q or earnings release for third quarter 2000?

Yes _____   No _✗_

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 10. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 13.

3

10. Did Jerry Chang act either knowingly or recklessly in making the false statement or omission you found in answering Question 9?

Yes \_\_\_\_    No \_\_\_\_

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 11. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 13.

11. Did Jerry Chang act knowingly or recklessly (choose one)?

Knowingly \_\_\_\_    Recklessly \_\_\_\_

PLEASE PROCEED TO QUESTION 12.

12. Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of the misstatement or omission you found in answering Question 9?

Yes \_\_\_\_    No \_\_\_\_

PLEASE PROCEED TO QUESTION 13.

**Fourth Quarter and Year-End 2000**

13. Did Jerry Chang make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in Clarent's Annual Report on Form 10-K for 2000 or earnings release for fourth quarter and year-end 2000?

Yes _X_    No \_\_\_\_

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 14. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 17.

14. Did Jerry Chang act either knowingly or recklessly in making the false statement or omission you found in answering Question 13?

Yes _X_    No \_\_\_\_

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 15. IF YOU ANSWERED "NO,"

4

1  PLEASE PROCEED TO QUESTION 17.

3  15.   Did Jerry Chang act knowingly or recklessly (choose one)?
4  Knowingly _____   Recklessly _X_
5  PLEASE PROCEED TO QUESTION 16.

7  16.   Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of
8  the misstatement or omission you found in answering Question 13?
9      Yes _____   No _X_
10 PLEASE PROCEED TO QUESTION 17.

12 **First Quarter 2001**
13 17.   Did Jerry Chang make an untrue statement of a material fact or omit a material fact necessary
14 under the circumstances to keep the statements that were made from being misleading in Clarent's
15 Quarterly Report on Form 10-Q or earnings release for first quarter 2001?
16 Yes _X_   No _____
17 IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 18. IF YOU ANSWERED "NO,"
18 PLEASE PROCEED TO QUESTION 21.

20 18.   Did Jerry Chang act either knowingly or recklessly in making the false statement or omission you
21 found in answering Question 17?
22 Yes _X_   No _____
23 IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 19. IF YOU ANSWERED "NO,"
24 PLEASE PROCEED TO QUESTION 21.

26 19.   Did Jerry Chang act knowingly or recklessly (choose one)?
27 Knowingly _____   Recklessly _X_
28 PLEASE PROCEED TO QUESTION 20.

20. Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of the misstatement or omission you found in answering Question 17?

Yes ____ No _X_

PLEASE PROCEED TO QUESTION 21.

**Second Quarter 2001**

21. Did Jerry Chang make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in Clarent's Quarterly Report on Form 10-Q or earnings release for second quarter 2001?

Yes _X_ No ____

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 22. IF YOU ANSWERED "NO," PLEASE SIGN AND DATE BELOW AND THEN PROCEED TO THE JURY VERDICT FORM AS TO ERNST & YOUNG. IF BOTH JURY VERDICT FORMS HAVE BEEN COMPLETED, PLEASE STOP, SIGN AND DATE BELOW, AND REPORT YOUR FINDINGS TO THE COURT.

22. Did Jerry Chang act either knowingly or recklessly in making the false statement or omission you found in answering Question 21?

Yes _X_ No ____

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 23. IF YOU ANSWERED "NO," PLEASE SIGN AND DATE BELOW AND THEN PROCEED TO THE JURY VERDICT FORM AS TO ERNST & YOUNG. IF BOTH JURY VERDICT FORMS HAVE BEEN COMPLETED, PLEASE STOP, SIGN AND DATE BELOW, AND REPORT YOUR FINDINGS TO THE COURT.

23. Did Jerry Chang act knowingly or recklessly (choose one)?

Knowingly _X_ Recklessly ____

PLEASE PROCEED TO QUESTION 24.

24. Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of the misstatement or omission you found in answering Question 21?

Yes ✗   No ___

PLEASE SIGN AND DATE BELOW AND THEN PROCEED TO THE JURY VERDICT FORM AS TO ERNST & YOUNG. IF BOTH JURY VERDICT FORMS HAVE BEEN COMPLETED, PLEASE STOP, SIGN AND DATE BELOW, AND REPORT YOUR FINDINGS TO THE COURT.

Dated: 2/16/05

_____
Jury Foreperson