IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re CLARENT CORPORATION
SECURITIES LITIGATION

No. C 01-03361 CRB

**VERDICT FORM AS TO ERNST & YOUNG LLP'S LIABILITY**

Section 10(b) Claim Against Ernst & Young

**Year-End 2000**

1. Did Ernst & Young make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in Clarent's Annual Report on Form 10-K for 2000 (including Ernst & Young's Audit Report), issued March 29, 2001?

Yes ____    No _X_

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 2. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 5.


2. Did Ernst & Young act either knowingly or recklessly in making the false statement or omission you found in answering Question 1?

Yes ____    No ____

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 3. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 5.


3. Did Ernst & Young act knowingly or recklessly (choose one)?

Knowingly ____    Recklessly ____

PLEASE PROCEED TO QUESTION 4.


4. Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of the misstatement or omission you found in answering Question 1?

   Yes ____    No ____

PLEASE PROCEED TO QUESTION 5.


**First Quarter 2001**

5. Did Ernst & Young make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in Clarent's

Quarterly Report on Form 10-Q or earnings release for first quarter 2001?

Yes ____    No ✗

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 6. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 9.

6. Did Ernst & Young act either knowingly or recklessly in making the false statement or omission you found in answering Question 5?

Yes ____    No ____

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 7. IF YOU ANSWERED "NO," PLEASE PROCEED TO QUESTION 9.

7. Did Ernst & Young act knowingly or recklessly (choose one)?

Knowingly ____    Recklessly ____

PLEASE PROCEED TO QUESTION 8.

8. Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of the misstatement or omission you found in answering Question 5?

Yes ____    No ____

PLEASE PROCEED TO QUESTION 9.

**Second Quarter 2001**

9. Did Ernst & Young make an untrue statement of a material fact or omit a material fact necessary under the circumstances to keep the statements that were made from being misleading in Clarent's Quarterly Report on Form 10-Q or earnings release for second quarter 2001?

Yes ✗    No ____

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 10. IF YOU ANSWERED "NO," PLEASE SIGN AND DATE BELOW AND THEN PROCEED TO THE JURY VERDICT FORM AS TO JERRY CHANG. IF BOTH JURY VERDICT FORMS HAVE BEEN COMPLETED, PLEASE

3

STOP, SIGN AND DATE BELOW, AND REPORT YOUR FINDINGS TO THE COURT.

10. Did Ernst & Young act either knowingly or recklessly in making the false statement or omission you found in answering Question 9?

Yes ____    No __✗__

IF YOU ANSWERED "YES," PLEASE PROCEED TO QUESTION 11. IF YOU ANSWERED "NO," PLEASE SIGN AND DATE BELOW AND THEN PROCEED TO THE JURY VERDICT FORM AS TO JERRY CHANG. IF BOTH JURY VERDICT FORMS HAVE BEEN COMPLETED, PLEASE STOP, SIGN AND DATE BELOW, AND REPORT YOUR FINDINGS TO THE COURT.

11. Did Ernst & Young act knowingly or recklessly (choose one)?

Knowingly ____    Recklessly ____

PLEASE PROCEED TO QUESTION 12.

12. Was the market price of Clarent stock inflated as a direct or a reasonably foreseeable result of the misstatement or omission you found in answering Question 9?

Yes ____    No ____

PLEASE SIGN AND DATE BELOW AND THEN PROCEED TO THE JURY VERDICT FORM AS TO JERRY CHANG. IF BOTH JURY VERDICT FORMS HAVE BEEN COMPLETED, PLEASE STOP, SIGN AND DATE BELOW, AND REPORT YOUR FINDINGS TO THE COURT.

Dated: 2/16/05

_____
Jury Foreperson