|  |  |
|---|---|
| In re CLARENT CORPORATION SECURITIES LITIGATION | Master File No. C-01-3361 CRB (JCS) CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | Date:  July 14, 2005<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Judge:  The Honorable Charles R. Breyer |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

[PROPOSED] ORDER APPROVING PLAN OF
ALLOCATION OF COMBINED SETTLEMENT PROCEEDS

1    Lead Plaintiffs' Motion for: (i) Final Approval of Settlements; (ii) Approval of Plan of Allocation of Combined Settlement Proceeds; and (iii) For Approval of Award of Attorneys' Fees and Reimbursement of Expenses (the "Motion") duly came before the Court for hearing on July 14, 2005, at 10:00 a.m., pursuant to the Order of this Court entered May 16, 2005 preliminarily approving the settlement of the Class Action ("Order") in accordance with a Stipulation of Settlement filed with this Court on May 10, 2005 (the "Stipulation"). The Court has read and considered Lead Plaintiffs' Motion and all supporting and other related materials. Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED, that:

1.   This Court has jurisdiction over the subject matter of the Motion. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all such persons and entities to be heard with respect to the Plan of Allocation.

2.   The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the notices mailed to Class Members provides a fair and equitable basis upon which to allocate the proceeds of the combined settlement proceeds among the Class Members with due consideration having been given to administrative convenience and necessity.

3. The Court hereby finds and concludes that the Plan of Allocation set forth in the notices and in Lead Plaintiff's Motion is in all respects, fair and equitable to Class. Accordingly, the Court hereby approves the Plan of Allocation submitted by Lead Plaintiffs.

IT IS SO ORDERED.

DATED: July 14, 2005

_____
THE HONORABLE
UNITED STATES DISTRICT

*APPROVED* — Judge Charles R. Breyer

Submitted by:

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
ALAN SCHULMAN   (Bar No. 128661)
ROBERT S. GANS   (Bar No. 214420)
BLAIR A. NICHOLAS   (Bar No. 178428)
NIKI L. MENDOZA   (Bar No. 214646)
BRETT M. MIDDLETON   (Bar No. 199427)
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

Attorneys for Lead Plaintiff
Otter Creek Partners and
Lead Counsel for the Class

18930

-2-

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS
Master File No. C-01-3361 CRB (JCS)