UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CLARENT CORPORATION SECURITIES LITIGATION | Master File No. C-01-3361 CRB (JCS) <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | Date:  July 14, 2005 <br> Time:  10:00 a.m. <br> Courtroom 8, 19th Floor <br> Judge:  The Honorable Charles R. Breyer |

[~~PROPOSED~~] ORDER APPROVING AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

THIS MATTER having come before the Court on July 14, 2005, on the motion of Lead Plaintiff for approval of an award of attorneys' fees and reimbursement of expenses incurred in this action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class who have not timely and validly requested exclusion.

2. The Court hereby awards plaintiffs' counsel reimbursement of litigation expenses in the amount of $1,542,932.13 to be paid out of the combined settlement funds. The Court hereby awards Lead Counsel attorneys' fees in the amount of 16.61% of the net combined settlement funds (i.e. combined settlement funds after deduction of litigation expenses), or attorney fees in the amount $1,222,008.97, to be paid out of the combined settlement funds.

3. The Court finds that this award of attorneys' fees is fair and reasonable and below the Ninth Circuit's "benchmark" fee under the "percentage-of-recovery" method. The settlements were obtained through the extensive efforts of Lead Counsel. Lead Counsel diligently prosecuted this action for 3 ½ years with a substantial risk of no recovery for the Class and obtained an excellent result. Counsel has received no compensation during the litigation and any fee award has always been at risk and completely contingent on the result achieved. The litigation was complex. It involved unique and substantial issues of law, including the uncertain interpretation and application of the Private Securities Litigation Reform Act of 1995. In addition, the litigation presented difficult questions of proof on such issues as liability and damages as well as a substantial risk of no recovery. Finally, the institutional Lead Plaintiff negotiated and supports the fee request before the Court, and no objections to the fee request have been received.

4. The Court further finds that the request for reimbursement of expenses is reasonable in light of Lead Counsel's duty to pursue all viable claims against persons or entities

on behalf of the Class related to the allegations in this action.  Lead Plaintiff also supports the expense request before the Court, and no objections to the expense request have been received.

5. The awarded attorneys' fees and expenses shall be paid to Lead Counsel immediately after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation filed with this Court on May 10, 2005, which terms conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: July 14 2005

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*

Submitted by:

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
ALAN SCHULMAN   (Bar No. 128661)
ROBERT S. GANS   (Bar No. 214420)
BLAIR A. NICHOLAS   (Bar No. 178428)
NIKI L. MENDOZA   (Bar No. 214646)
BRETT M. MIDDLETON   (Bar No. 199427)
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

Attorneys for Lead Plaintiff
Otter Creek Partners and
Lead Counsel for the Class

18929