1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CLARENT CORPORATION SECURITIES LITIGATION | Master File No. C-01-3361 CRB (JCS) <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | Date:  December 1, 2006 <br> Time:  10:00 a.m. <br> Dept:  Courtroom 8, 19th Floor <br> Judge:  The Honorable Charles R. Breyer |

[~~PROPOSED~~] ORDER AUTHORIZING
DISTRIBUTION OF SETTLEMENT FUNDS

1  WHEREAS, the Lead Plaintiff in the above-captioned action (the "Action") entered into a Stipulation of Partial Settlement with Cooley Godward LLP and Deborah J. Ludewig (collectively, the "Cooley Defendants") dated as of November 11, 2004 (the "Cooley Stipulation"), and a Stipulation of Settlement with the Liquidating Trustee on behalf of Clarent Corporation ("Clarent" or the "Company"), the Individual Settling Defendants, and Jerry Shaw-Yau Chang dated May 10, 2005 (the "Company Stipulation") (collectively the "Stipulations"); and

WHEREAS, on March 25, 2005 and July 14, 2005, the Court entered Orders and Final Judgments approving the terms of the Stipulations for the partial settlements of this Action on behalf of a class consisting of all persons or entities who purchased or otherwise acquired Clarent common stock between March 29, 2001 and August 31, 2001 (for the Cooley Action) or between April 26, 2000 and August 31, 2001 (for the Clarent Action); and

WHEREAS, on March 25, 2005 and July 14, 2005, the Court issued Orders approving of the proposed Plan of Allocation for distributing the proceeds of the settlement to Class Members who submitted acceptable Proofs of Claim ("Claims"); and

WHEREAS, pursuant to the Stipulations, the cash component of the settlement consideration has been paid into settlement fund escrow accounts; and

WHEREAS, this Court has directed the parties to consummate the terms of the Stipulations; and

WHEREAS, approval of the settlements is Final; and

WHEREAS, as detailed in the Affidavit of Jennifer M. Keough In Support of the Motion for Distribution (the "Keough Affidavit"), the Claims Administrator, The Garden City Group, Inc. ("GCG"), has received 6,077 Claims, of which 2,935 have been provisionally accepted, and 3,142 have been provisionally rejected by GCG; and

WHEREAS, as described in the Keough Affidavit, one Claimant (Claim Number 01020284) disputes the Claims Administrator's administrative determination rejecting his Claim and requests further review of the processing determination of his Claim (the "Disputed Claim"), and Lead Plaintiff has requested that the Court resolve the Disputed Claim; and

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION
OF SETTLEMENT FUNDS                                                                                              -1-
Master File No. C-01-3361 CRB (JCS)

1  WHEREAS, as detailed in the Keough Affidavit, the fees and expenses incurred and expected to be incurred in connection with notice and the administration of the Settlement totals $464,223.57, and pursuant to the Stipulations and prior Court orders, these Notice and Administration costs are payable from the cash portion of the Net Settlement Funds; and

WHEREAS, on March 25, 2005 and July 14, 2005, the Court entered Orders which awarded Lead Counsel attorneys' fees which were paid to Lead Counsel in cash; and

WHEREAS, the balance of the cash, after deduction of the attorneys' fee and expense awards and payment of notice and administration costs and taxes, is to be distributed to the Authorized Claimants; and

WHEREAS, Lead Counsel has moved this Court to approve distribution of the Net Settlement Funds;

NOW, THEREFORE, upon reading Lead Plaintiff's Motion, the accompanying memorandum in support thereof, and the Keough Affidavit, and upon all prior proceedings heretofore had herein and after due deliberation, it is hereby

ORDERED:

(i)  That the administrative determinations of the Claims Administrator, GCG, accepting and rejecting Claims submitted herein, including GCG's recommendation as to the rejection of one Disputed Claim (Claim Number 01020284), are approved, and the Disputed Claim is rejected;

(iii)  Class Members who filed otherwise valid Claims late, but before August 23, 2006, are authorized to participate in the Settlements and receive a distribution of the Net Settlement Funds in accordance with the Court-approved Plan of Allocation;

(iii)  GCG is authorized to distribute the Net Settlement Funds to Authorized Claimants, based on the Plan of Allocation of settlement proceeds previously approved by this Court;

(iv)  Payment of $464,223.57 to GCG is authorized for its fees and expenses incurred and expected to be incurred in connection with the administration of the Settlements;

(v)     GCG is authorized to destroy hard copy claim forms and supporting documents one year after distribution of the Net Settlement Funds, and to destroy electronic copies of the same three years after distribution of the Net Settlement Funds; and

(vi)    This Court retains jurisdiction to consider any further applications concerning the administration of the Settlements.

IT IS SO ORDERED.

DATED: __Nov. 17, 2006__

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

Submitted by:

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
ALAN SCHULMAN    (Bar No. 128661)
ROBERT S. GANS    (Bar No. 214420)
BLAIR A. NICHOLAS    (Bar No. 178428)
NIKI L. MENDOZA    (Bar No. 214646)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

Attorneys for Lead Plaintiff
Otter Creek Partners and
Lead Counsel for the Class

---